IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ENTERGY MISSISSIPPI, INC.**                                            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 3:13-cv-879-HTW-LRA**

**MARQUETTE TRANSPORTATION
COMPANY, LLC and
BLUEGRASS MARINE, LLC**                                     **DEFENDANTS**

___

### AGREED ORDER
___

This day this cause having come before the Court upon the unopposed motion of the Plaintiff, to continue the trial and extend damage related discovery, and the Court having considered the same, it is hereby ordered as follows:

1. All damage related discovery shall be completed on or before February 01, 2016.

2. The pretrial conference will be held on March 02, 2016, at 9:00 a.m.

3. A bench trial will begin on March 21, 2016 at 9:00 a.m.

SO ORDERED, this the 7th day of December, 2015.

                                                      *s/ HENRY T. WINGATE*
                                                      UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ Sean R. Guy*
Sean R. Guy (MSB#100362)
W. Thomas McCraney, III (MSB#10171)
Zachary M. Bonner (MSB#103153)
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
*Attorney for Plaintiff*

 /s/ Todd Crawford
Todd Crawford (MSB#102620)
John A. Scialdone (MSB#9524)
John S. Garner (MSB#102470)
Fowler Rodriguez
Post Office Box 4080
2505 14th Street, Suite 500
Gulfport, Mississippi 39501
*Attorney for Defendants*