# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ENTERGY MISSISSIPPI, INC.**                                                                 **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:13-cv-879-HTW-LRA**

**MARQUETTE TRANSPORTATION**
**COMPANY, LLC and**
**BLUEGRASS MARINE, LLC**                                                          **DEFENDANTS**

___

## AGREED ORDER
___

This day this cause having come before the Court upon the unopposed motion of the Plaintiff, to continue the trial and extend damage related discovery, and the Court having considered the same, it is hereby ordered as follows:

1. All damage related discovery shall be completed on or before May 9, 2016.

2. The pretrial conference will be held on June 8, 2016, at 9:00 a.m.

3. A bench trial will begin on June 27, 2016 at 9:00 a.m.

SO ORDERED, this the 12th day of February, 2016.

*s/ HENRY T. WINGATE*
**UNITED STATES DISTRICT JUDGE**

AGREED TO BY:

*/s/ Sean R. Guy*
Sean R. Guy (MSB#100362)
W. Thomas McCraney, III (MSB#10171)
Zachary M. Bonner (MSB#103153)
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
*Attorney for Plaintiff*

 /s/ Todd Crawford
Todd Crawford (MSB#102620)
John A. Scialdone (MSB#9524)
John S. Garner (MSB#102470)
Fowler Rodriguez
Post Office Box 4080
2505 14th Street, Suite 500
Gulfport, Mississippi 39501
*Attorney for Defendants*